IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR94 |
| VICENTE PADILLA-NAVARRO, | ) ) | **ORDER** |
| Defendant. | ) | |

   Before the court is the Motion for Leave to Join Motion to Suppress Wiretap Evidence [72] filed by defendant Vincente Padilla-Navarro. The government does not object to the joinder.

   IT IS ORDERED:

   1.   That defendant Vincente Padilla-Navarro's Motion for Leave to Join Motion to Suppress Wiretap Evidence [72] is granted;

   2.   The defendant shall participate in the evidentiary hearing on the Motion to Suppress Wiretap Evidence [66] currently scheduled for **August 12, 2005** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 1st day of August, 2005.

                                                            BY THE COURT:


                                                            s/ F.A. Gossett
                                                            United States Magistrate Judge