# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR94 |
| | ) | |
| VICENTE PADILLA-NAVARRO, | ) | **ORDER** |
| JOSE ELIAS GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is  defendant Vincente Padilla-Navarro's Motion for Continuance [76] of previously scheduled evidentiary hearing.  Neither the co-defendant nor the government have an objection to the continuance.   Good cause being shown, the Motion for Continuance shall be granted and the previously set  evidentiary hearing will be rescheduled.

IT IS ORDERED:

1.    That the Motion for Continuance [76] filed by defendant Vincente Padilla-Navarro is granted.

2.    The evidentiary hearing on the  Motion to Suppress Wiretap Evidence [66] filed by defendant Jose Elias Garcia and joined by defendant t Vincente Padilla-Navarro is rescheduled for **September 9, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge