IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR94** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **VICENTE PADILLA-NAVARRO,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to reduce his sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 424).

The Defendant's case involved crystal methamphetamine, methamphetamine, and "wet" cocaine and did not involve crack cocaine. Therefore,

IT IS ORDERED that the Defendant's motion to reduce his sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 424) is denied.

DATED this 3rd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge